IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ATOFINA Petrochemicals, Inc., )
)
Plaintiff, )
)
v. ) No. 03-538C
) (Judge Bush)
)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven J. Gillingham as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Steven J. Gillingham
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: April 3, 2003

s/Steven J. Gillingham
Steven J. Gillingham
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-2311
Telecopier:(202) 353-7988

CERTIFICATE OF FILING

I hereby certify that on April 3, 2003, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham