IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ATOFINA Petrochemicals, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-538C<br>(Judge G. Miller) |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), Plaintiff, ATOFINA Petrochemicals, Inc. and Defendant, the United States, jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21 Street, N.W., Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Dated: 5/13/08

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director and Authorized Representative
of the Attorney General

STEVEN J. GILLINGHAM.
Assistant Director
Attn: Classification Unit
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, 8th Floor
Washington, D.C. 20530
Tel: 202-616-2311
Fax: 202-353-7988

*Of Counsel:*

HOWARD M. KAUFER
Assistant Counsel
Defense Energy Support Center

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center Richmond

Attorneys for the United States

Dated: May 13, 2008

244178 v1